State of Texas

Vs. 22015 + 22349

Billy D. Caldwell

6TH Judicial

District Court

Lamar County, Texas

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/3/2015 9:39:00 AM
DEBBIE AUTREY
Clerk

FILED FOR RECORD
LAMAR COUNTY, TEXAS

2015 JAN 12
SHAWNTEL REED
DISTRICT CLERK

## Notice of Appeal

Notice is hereby given that the State 6TH Judicial District Court Vs. Billy D. Caldwell in the above named cause hereby appeal to the Texas Court of Appeals for the 6TH Circuit from the final judgment, from an order on a Motion to Reimburse Court Appointed Attorney Fees Withdrawn from Defendants Inmate Trust Fund Account. The Motion was ordered denied on Dec. 29th, 2014,

Defendant received a copy of the denied order on the motion on Jan. 6, 2015. Now defendant Billy D. Caldwell TDCJ-ID #1494105 files this Notice of Appeal this 9th day of Jan., 2015.

Billy D. Caldwell #1494105

Pro Se  Billy D Caldwell #1494105
1502 S. First St.
Duncan Unit
Diboll, Texas 75941

C.C.: Caldwell File



CERTIFIED MAIL

7007 2560 0003 3669 7953

—DEPUTY—

SHAWNTEL GAWEN
DISTRICT CLERK

2015 JAN 12 AM 11:44

FILED FOR RECORD
LAMAR COUNTY, TEXAS

6TH Judicial District Court
Lamar County Courthouse
119 N. Main
Paris, Tex. 75460
754503426S

State of Texas     §    6TH Judicial

vs. 22015 + 22349     §    District Court

Billy D. Caldwell     §    Lamar County, Texas

## Notice of Appeal

Notice is hereby given that the State
6TH Judicial District Court vs. Billy D. Caldwell
in the above named cause hereby appeal to the
Texas Court of Appeals for the 6TH Circuit from the
final judgment, from an order on a Motion to
Reimburse Court Appointed Attorney Fees Withdrawn
from Defendants Inmate Trust Fund Account. The
Motion was ordered denied on Dec. 29th, 2014,

Defendant received a copy of the denied order
on the motion on Jan. 6, 2015. Now defendant
Billy D. Caldwell TDCJ-ID #1494105 files this
Notice of Appeal this 9th day of Jan., 2015.

Billy D. Caldwell #1494105

Pro Se    Billy D Caldwell #1494105

1502 S. First St

Duncan Unit

Diboll, Texas 75941

FILED FOR RECORD
LAMAR COUNTY, TEXAS
2015 JAN 12
SHAWNTEL DEBERRY
DISTRICT CLERK
BY

C.C. : Caldwell File



CERTIFIED MAIL

7007 2560 0003 3667 7753

–DEPUTY–

SHAWNEE COUNTY
DISTRICT CLERK

2015 JAN 12 AM 11:44

FILED FOR RECORD
LAMAR COUNTY, TEXAS

6TH Judicial District Court
Lamar County Courthouse
7117 N. Main
Paris, Tex. 75466

754603+4265

2014-DM #14Q4105